[No. 10317–0–III.   Division Three.   February 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL D. THORSON, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 89–1–00129–0, Donald W. Schacht, J., entered September 25, 1989. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Thompson and Shields, JJ.

[No. 9120–1–III.   Division Three.   February 12, 1991.]

GALEN FREED, ET AL, *Appellants,* v. DEERE AND COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 86–2–00412–0, Robert S. Day, J., entered February 2, 1988. *Reversed* by unpublished per curiam opinion.

[No. 10574–1–III.   Division Three.   February 12, 1991.]

ROBERT H. RUNGE, *Appellant,* v. THE INDETERMINATE SENTENCE REVIEW BOARD, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 87–2–00499–7, Yancey Reser, J., entered January 23, 1990. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Thompson and Shields, JJ.

[No. 13253–2–II.   Division Two.   February 13, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. HAROLD JACKSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 89–1–00397–3, Paula Casey, J., entered October 2, 1989. *Reversed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.